IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01475-EWN-MEH

JILL CHONTOS,

      Plaintiff,

v.

MATRIXX INITIATIVES, INC., a corporation,
GUM TECH INTERNATIONAL, INC., a corporation,
GEL TECH, LLC, a corporation,
ZICAM, LLC, a corporation, and
BOTANICAL LABORATORIES, INC., a corporation, and
McKESSON CORPORATION, a corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 12, 2007.**

      The parties have submitted a stipulated protective order that does not comply with the D.C.Colo.L.Civ.R. 7.2 and 7.3, which requires each document filed under seal in a case to include a Motion to Seal.  The parties have also failed to submit a usable copy of the proposed order to Chambers.  Therefore, the Stipulated Motion for Protective Order [Filed January 5, 2007; Docket #26] is **denied** without prejudice.